UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| [1] A.V.R, *a permanently disabled child with spina bifida and hydrocephalus*.<br><br>[2] Widallys Rivera Quiñones, *solely on behalf of her minor child, A.V.R.*<br><br>    Plaintiff,<br><br>v.<br><br>Libreria Regional: La Casa del Maestro y el Estudiante, Inc., et al<br><br>Defendants. | CIVIL ACTION<br><br>3:16-cv-02625-PAD |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, through the undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, WITH PREJUDICE against the following Co-defendants: Libreria El Regional (Defendant No. 7), Expreso Cash Service, Inc. (Defendant No. 9).

Respectfully submitted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record. Notice was also sent to:

H & R Block
Lillian Camareno-Figueroa

PO BOX 9452
Bayamon, PR 00960

Instituto de Terapia Integral
Maria del Socorro Marin-Lopez
Laurel Avenue Z #28 Lomas Verdes
Urban Development
Bayamon, PR 00956

In San Juan, Puerto Rico, this 13th day of July 2017.

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR No.: 231014**
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960

TEL: (787) 599-9003